■ In the Matter of REECE R. DESIREE A.M. et al., Respondents; JEANETTE W., Appellant. ORANGE COUNTY DEPARTMENT

OF SOCIAL SERVICES, Nonparty Respondent. [932 NYS2d 343]—

In light of the respective positions of the parties in the guardianship proceeding and the evidence presented at the hearing, the Family Court properly granted the petition for guardianship (*cf.* Family Ct Act §§ 661, 1089-a).

The Family Court providently exercised its discretion in determining that, initially, the mother's visitation with the subject child should be supervised (*see Matter of Pope v Pope*, 12 AD3d 516 [2004]; *Matter of Kachelhofer v Wasiak*, 10 AD3d 366 [2004]; *Matter of Amanda H. v Paul Robert W.*, 251 AD2d 578 [1998]).

The mother's remaining contentions are without merit. Mastro, J.P., Balkin, Chambers and Lott, JJ., concur.